UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 14612
  MATTHEW BRIDGES II
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
  SSN XXX-XX-4268


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/13/2007 and was not confirmed.

      The case was dismissed without confirmation 09/12/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE | MORTGAGE ARRE | 2000.00 | .00 | .00 |
| NEW CENTURY MORTGAGE COR | CURRENT MORTG | .00 | .00 | .00 |
| NEW CENTURY MORTGAGE COR | MORTGAGE ARRE | 10000.00 | .00 | .00 |
| AMERICASH | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORPORATIO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| CONDOR CAPITAL * | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREIMER BANK | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL RECOVERIES INC | UNSECURED | 123.85 | .00 | .00 |
| NCI | UNSECURED | NOT FILED | .00 | .00 |
| NCI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| US EMPLOYEES CR UN | UNSECURED | NOT FILED | .00 | .00 |
| MICHAEL HOARD | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | 428.00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 428.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 14612 MATTHEW BRIDGES II

```
TRUSTEE COMPENSATION                                              .00
DEBTOR REFUND                                                 428.00
                          ----------------    ----------------
TOTALS                            428.00              428.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/27/07               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE